IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEKRE BEKELE, a.k.a. Fred Bekele, and CONVENIENT PARKING, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>NATHANIEL P. FORD, SR., a.k.a. Nat Ford, individually and as Executive Director/Chief Executive Officer of the San Francisco Municipal Transportation Agency, CITY AND COUNTY OF SAN FRANCISCO, and SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY,<br><br>Defendants._____/ | No. C 11-01640 WHA<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |

Plaintiffs' request for leave to file a proposed amended complaint as their second amended complaint (Dkt. No. 14 at 4) is **GRANTED**, and they shall file their proposed complaint as their second amended complaint on the docket by **JUNE 14, 2011**. The motion to dismiss by defendant the City and County of San Francisco is **DENIED AS MOOT**, and the hearing on June 30 is **VACATED**. Defendants may respond to the second amended complaint via answer or motion in the normal course.

**IT IS SO ORDERED.**

Dated: June 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE