1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEKRE BEKELE, a.k.a. FRED BEKELE, an individual; CONVENIENT PARKING, L.L.C., a California Limited Liability Company; and IMCO, L.L.C., a Joint Venture organized as a California Limited Liability Company, individually and on behalf of the City and County of San Francisco,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NATHANIEL P. FORD, SR., a.k.a. NAT FORD, individually and as Executive Director/Chief Executive Officer of the SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; DENNIS HERRERA; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. CV-11-01640 WHA<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6)) AND MOTION TO STRIKE (C.C.P. § 425.16)**<br><br>Trial Date:    Sept. 4, 2012 |

ORDER ON REQ. TO FILE MOTIONS;
NO. CV-11-01640 WHA

1  **THIS CAUSE** comes before the Court on Defendants City and County of San Francisco,
2  Nathanial P. Ford, and Dennis Herrera's ("Defendants") request for leave to file a motion to dismiss
3  pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and a special motion to strike
4  pursuant to California Code of Civil Procedure § 425.16.  Plaintiffs did not respond to defendants'
5  précis by the deadline.  Upon considering the submissions and the court file in this matter, Defendants'
6  request is **GRANTED**.

7  Defendants' motion to dismiss and special motion to strike shall be filed by July 29, 2011,
8  pursuant to the parties' stipulation.  The briefing schedule on both motions will conform with federal
9  and local rules.  Defendants shall notice the motion hearing for Thursday, September 8, 2011 at 8:00
10 a.m.

11 **IT IS SO ORDERED.**
12 Dated:  July 22, 2011.

**WILLIAM ALSUP**
**UNITED STATES DISTRICT JUDGE**