IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEKRE BEKELE, a.k.a. Fred Bekele, CONVENIENT PARKING, L.L.C., and IMCO, L.L.C., individually and on behalf of the City and County of San Francisco,<br><br>Plaintiffs,<br><br>v.<br><br>NATHANIEL P. FORD, SR., a.k.a. Nat Ford, individually and as Executive Director/Chief Executive Officer of the San Francisco Municipal Transportation Agency, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, and DENNIS HERRERA,<br><br>Defendants.<br>_____/ | No. C 11-01640 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO EXTEND BRIEFING DEADLINE** |

The parties have stipulated to extend briefing deadlines on defendants' motions to dismiss and strike. The stipulation is **GRANTED IN PART AND DENIED IN PART**: plaintiffs' opposition is now due by **NOON ON TUESDAY, AUGUST 16**, and defendants' reply is now due by **NOON ON TUESDAY, AUGUST 23**.

**IT IS SO ORDERED.**

Dated: August 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE