IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEKRE BEKELE, a.k.a. Fred Bekele, CONVENIENT PARKING, L.L.C., and IMCO, L.L.C., individually and on behalf of the City and County of San Francisco,<br><br>Plaintiffs,<br><br>v.<br><br>NATHANIEL P. FORD, SR., a.k.a. Nat Ford, individually and as Executive Director/Chief Executive Officer of the San Francisco Municipal Transportation Agency, CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, and DENNIS HERRERA,<br><br>Defendants. | No. C 11-01640 WHA<br><br>**ORDER TO SHOW CAUSE** |

The deadline for plaintiffs to respond to defendants' motions to dismiss and strike was August 16 (Dkt. No. 37). No such response has been received. Plaintiffs are ordered to respond by **NOON ON AUGUST 23, 2011**, and show cause for their failure to respond to the motion. This order to show cause does not constitute permission to file a late opposition. The motion hearing on September 8, 2011, is **VACATED**. The hearing shall be re-set by the Court if necessary. If plaintiff does not respond by August 23, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE