**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEKRE BEKELE, a.k.a., FRED BEKELE, an individual; CONVENIENT PARKING, L.L.C., a California Limited Liability Company; and IMCO, L.L.C., a Joint Venture organized as a California Limited Liability Company, individually and on behalf of the City and County of San Francisco,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATHANIEL P. FORD, SR, a.k.a. NAT FORD, individually and as Executive Director/Chief Executive Officer of the SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; DENNIS HERRERA; and DOES 1-50, inclusive<br><br>    Defendants. | No. C 11-01640 WHA<br><br>**ORDER ON PLAINTIFFS' PRÉCIS REQUESTING LEAVE TO FILE MOTION TO DISQUALIFY CITY ATTORNEY** |

Plaintiffs filed a request for leave to file a motion to disqualify the San Francisco City Attorney as counsel for defendant Nathaniel Ford. As to plaintiffs Convenient and Bekele, the request is **DENIED AS MOOT**. Plaintiff IMCO's request is **GRANTED**.

Plaintiffs filed the motion to disqualify counsel on September 13, 2011 (Dkt. No. 57), prior to the Court's order on the motion to dismiss and motion to strike (Dkt. Nos. 61, 64). Plaintiff IMCO, the only remaining plaintiff in this case, will be given until **OCTOBER 3, 2011** to

file an amended motion, should plaintiff so choose. Defendants' response will be due **OCTOBER 17**. The reply will be due **OCTOBER 24.** The motion hearing will be **NOVEMBER 3, 2011** at **8 A.M.**

**IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE