UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEKELE ET AL, | No. C-11-01640 WHA (DMR) |
| Plaintiffs, | **ORDER TO FILE STATEMENT RE PERSONAL ATTENDANCE OF DEFENDANT FORD AT SETTLEMENT CONFERENCE** |
| v. | |
| FORD ET AL, | |
| Defendants. | |

The court is in receipt of Defendants City and County of San Francisco and Nathaniel Ford's September 23, 2011 letter requesting that Defendant Ford be excused from personal attendance at the settlement conference scheduled before the undersigned on November 15, 2011. [Docket No. 67.] By no later than **October 20, 2011**, Plaintiff IMCO shall file a letter with the court indicating whether IMCO objects to the court excusing Defendant Ford from personal attendance at the settlement conference.

IT IS SO ORDERED.

Dated: October 18, 2011

_____
DONNA M. RYU
United States Magistrate Judge