**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEKELE ET AL,                              No. C-11-01640 WHA (DMR)

    Plaintiffs,                     **ORDER DENYING REQUEST TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE**

    v.

FORD ET AL,

    Defendants.
_____/

        The court is in receipt of Defendants City and County of San Francisco and Nathaniel Ford's September 23, 2011 letter requesting that Defendant Ford be excused from personal attendance at the settlement conference scheduled before the undersigned on November 15, 2011 (Docket No. 67), and Plaintiff IMCO's October 18, 2011 response thereto (Docket No. 80). Defendants' request is DENIED.

        IT IS SO ORDERED.

Dated: October 20, 2011

_____
DONNA M. RYU
United States Magistrate Judge