UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEKELE ET AL,

        Plaintiffs,

  v.

FORD ET AL,

        Defendants.
_____/

No. C-11-01640 WHA (DMR)

**ORDER RE PARTIES' SETTLEMENT CONFERENCE SUBMISSIONS**

        On September 20, 2011, the court issued a Notice of Settlement Conference and Settlement Conference Order (Docket No. 66), in which the parties were ordered to submit a Settlement Conference Statement in advance of the Settlement Conference. The Order provided that the Settlement Conference Statement shall not exceed ten (10) pages of text, and the parties were encouraged to include as exhibits any key documents and deposition excerpts up to twenty (20) pages.

        The court has received the parties' submissions, which are voluminous and violate the court's September 20, 2011 Order. By no later than 5:00 p.m. on December 8, 2011, the parties shall submit a brief letter via email directing the court to the key exhibits attached to the Settlement Conference statements. Each party should make all efforts to limit exhibits to twenty (20) pages. If unable to do so, the letter must include a statement establishing good cause to exceed the page limit. The letter shall be submitted to dmrpo@cand.uscourts.gov with a copy to opposing counsel.

1
2      IT IS SO ORDERED.
3
4  Dated: December 6, 2011
5
6 
                              DONNA M. RYU
                              United States Magistrate Judge

**United States District Court**
For the Northern District of California